

**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: Jeff.Starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 23-56-M-DLC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **INTERSTATE COMMUNICATION OF A THREAT TO INJURE (Count 1)**<br>Title 18 U.S.C. § 875(c)<br>(Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) |
| **KERMIT TY POULSON,**<br><br>Defendant. | **INTERSTATE COMMUNICATION OF THREAT TO DAMAGE PROPERTY BY MEANS OF FIRE OR EXPLOSIVE (Count 2)**<br>Title 18 U.S.C. § 844(e)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

1

## COUNT 1

That on or about April 25, 2023, at or near Kalispell, in Flathead County, in the State and District of Montana, and elsewhere, the defendant, KERMIT TY POULSON, knowingly transmitted in interstate commerce, a communication containing a threat to injure another, and such communication was made for the purpose of issuing a threat and with knowledge that it would be viewed as a threat, in violation of 18 U.S.C. § 875(c).

## COUNT 2

That on or about April 25, 2023, at or near Kalispell, in Flathead County, in the State and District of Montana, and elsewhere, the defendant, KERMIT TY POULSON, utilizing an instrument of interstate commerce, willfully made a threat to unlawfully damage a building and other real and personal property, by means of fire and explosive, in violation of 18 U.S.C. § 844(e).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
For JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney