IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KERMIT TY POULSON,<br><br>Defendant. | CR 23–56–M–DLC<br><br><br><br>ORDER |

Before the Court is a request by A. Cooper, Warden of FDC SeaTac, seeking a 15-day extension to file Defendant's mental competency report. (Doc. 26.)

Accordingly, IT IS ORDERED that FDC SeaTac shall prepare and file the mental competency report in this matter by April 12, 2025. Copies shall be provided to counsel for Defendant and the Government.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(1)(A), all time from the date of this Order until the date of the Court's determination as to Defendant's competency is excludable under the Speedy Trial Act.

DATED this 19th day of February, 2025.

_____
Dana L. Christensen, District Judge
United States District Court