IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KERMIT TY POULSON,<br><br>Defendant. | CR 23–56–M–DLC<br><br><br><br>ORDER |

The United States has filed an unopposed motion to allow Dr. Cynthia Low to testify by Zoom at the competency hearing scheduled for April 23, 2025, at 10:30 a.m. (Doc. 31.) It is anticipated that Dr. Low will testify consistent with the report she issued no March 21, 2025.

Accordingly, IT IS ORDERED that the motion (Doc. 31) is GRANTED. Dr. Low is permitted to testify by video at the competency hearing set for April 23, 2025. The United States is responsible for making all necessary arrangements for video testimony with the Clerk of Court.

The Clerk of Court shall issue a link for the witness.

DATED this 21st day of April, 2025.

_____
Dana L. Christensen, District Judge
United States District Court