IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–56–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KERMIT TY POULSON, | |
| Defendant. | |

The Court has received a letter from Defendant Kermit Ty Poulson, which it construes as a request to transfer supervision to the state of Utah. (Doc. 69.) However, because Mr. Poulson is represented by counsel, the Court will deny consideration of his request at this time. *See Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001) ("A district court has no obligation to entertain pro se motions filed by a represented party.").

Accordingly, IT IS ORDERED that the Court declines consideration of Mr. Poulson's pro-se letter (Doc. 69), filed on March 23, 2026.

DATED this 6th day of April, 2026.

Dana L. Christensen, District Judge
United States District Court